# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INDIAN SPRINGS, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-02458-CDS-NJK<br><br>**Order** |

*Pro se* plaintiff Justin James Edmisten, an inmate in the custody of the Nevada Department of Corrections, has submitted a complete application to proceed *in forma pauperis* and a complaint. Docket Nos. 1-1, 4, 6. However, the complaint is difficult to understand and is not on the form approved by the Court.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Local Rule LSR 2-1. And because Plaintiff is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a).

Accordingly,

**IT IS ORDERED** that, no later than **January 30, 2026**, Plaintiff must file a signed complaint using this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint on the proper form.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS SO ORDERED.

DATED: January 5, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge